# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: July 24, 2015

Mr. William Thrower  
U.S.P. Canaan  
P.O. Box 300  
Waymart, PA 18472

Re: Case No. 14-6514, *William Thrower v. USA, et al*  
Originating Case No. : 6:11-cv-00285

Dear Mr. Thrower:

   The briefing schedule listed below gives you the opportunity to present your issues to the court in your own words. You may follow these requirements or use the simplified briefing form which is enclosed. If you are an inmate in an institution, your brief will be considered timely if it is deposited in your institution's mail on or before the filing date indicated below. The brief should include a declaration under penalty of perjury or a notarized statement stating the date that the brief has been deposited and that first-class postage has been paid. *See* Fed. R. App. P. 25(a)(2)(C). If you are *not* an inmate, your brief is considered timely if it is received in this court by the filing date indicated below. If the brief is filed late, the case is at risk of being dismissed for want of prosecution.

   Appellant's Brief

   1 signed original  
   Limit of 30 pages or 14,000 words  
   Filed by **September 8, 2015**

   If you still have questions after reviewing the information on the web site, please contact the Clerk's office before you file your brief.

   Sincerely yours,

   s/Karen S. Fultz  
   Case Manager  
   Direct Dial No. 513-564-7036

Enclosure